UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AZIZI ANSARI** | : | **DOCKET NO. 2:22-cv-06120** |
| **REG. # 30027-086** | | **SECTION P** |
| | | |
| **VERSUS** | : | **JUDGE JAMES D. CAIN** |
| | | |
| **F. MARTINEZ** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this petition for habeas corpus should be **DENIED AND DISMISSED** because petitioner's claims are **MOOT.**

**THUS DONE AND SIGNED** in chambers on this 14th day of July, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE